# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1223

_____

United States of America

*Plaintiff - Appellee*

v.

Raymone Deshawn Walker, Sr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: June 6, 2023
Filed: June 9, 2023
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

_____

PER CURIAM.

Raymone Walker, Sr. appeals after the district court[1] revoked his supervised release and sentenced him to 24 months in prison and 6 months of supervised release.

---

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

His counsel has moved for leave to withdraw, and has filed a brief challenging the sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Walker, as it properly considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors; and the sentence was within the advisory Guidelines range and below the statutory limit. See 18 U.S.C. § 3583 (maximum revocation prison term is 2 years for Class C felony; maximum supervised release term is 3 years, less any previous and current revocation prison terms); United States v. Miller, 557 F.3d 910, 915-18 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard); see also United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004) (district court need not mechanically list every § 3553(a) factor when sentencing defendant upon revocation; all that is required is consideration of relevant matters and some reason for court's decision).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____